January 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE LATASHA LYNETTE BRADFORD

NO. 14-12-00968-CR

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.